Date: 02/16/11   RECP #151931   CK #107   Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-10029 - QUINANOLA, JAMES B

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **First Merit Bank NA**<br>111 Cascade Plaza<br>Akron, OH 44308 | 000006 | 111.61 | 3.99 |
| Remittance Total | | 111.61 | 3.99 |

*[signature]*
LAUREN A. HELBLING, Trustee

2011 FEB 24 PM 3:34
NORTHERN DISTRICT OF OHIO
CLEVELAND